| | |
|---|---|
| 1 | Vince M. Verde, CA Bar No. 202472 |
| | vince.verde@ogletreedeakins.com |
| 2 | Lara de Leon, CA Bar No. 270252 |
| | lara.deleon@ogletreedeakins.com |
| 3 | Christian A. Hickersberger, CA Bar No. 260873 |
| | christian.hickersberger@ogletreedeakins.com |
| 4 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | Park Tower, Suite 1500 |
| 5 | 695 Town Center Drive |
| | Costa Mesa, CA 92626 |
| 6 | Telephone: 714-800-7929 |
| | Facsimile: 714-754-1298 |

JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Defendant MAXIM HEALTHCARE SERVICES, INC.

Douglas N. Silverstein (State Bar No. 181957)
Catherine J. Roland (State Bar No. 266957)
KESLUK & SILVERSTEIN, P.C.
A Professional Law Corporation
9255 Sunset Blvd., Suite 411
Los Angeles, California 90069-3309
Telephone: 310-273-3180
Facsimile: 310-273-6137

Attorneys for Plaintiff ROBERTA BELL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERTA BELL, | Case No.: CV12-10806 MWF (MANx) |
| Plaintiff, | ORDER RE: |
| | **JOINT STIPULATION TO DISMISS** |
| vs. | |
| | Complaint Filed: March 9, 2012 |
| MAXIM HEALTHCARE SERVICES, INC.; AND DOES 1 THROUGH 100, INCLUSIVE, | Trial Date: None |
| | Judge: Honorable Michael W. Fitzgerald |
| Defendants. | |

1
JOINT STIPULATION TO DISMISS
Case No. CV12-10806 MWF (MANx)

## JOINT STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and between Plaintiff ROBERTA BELL ("Plaintiff") and Defendant MAXIM HEALTHCARE SERVICES, INC. ("Defendant"), through their counsel of record, that all claims for relief in the above-captioned action brought by Plaintiff be are hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys' fees.

DATED: December 3, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/Christian A. Hickersberger
Vince M. Verde
Lara C. de Leon
Christian A. Hickersberger

Attorneys for Defendant MAXIM HEALTHCARE SERVICES, INC.

DATED: December 3, 2013

KESLUK & SILVERSTEIN, P.C

By: /s/ Catherine J. Roland
Douglas N. Silverstein
Catherine J. Roland

Attorneys for Plaintiff ROBERTA BELL

IT IS SO ORDERED.
DATED: December 4, 2013

UNITED STATES DISTRICT JUDGE